**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ARIEL JOHNSON,**

***Plaintiff*,**

**v.** **Case No.: 5:25cv370-MW/MJF**

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. The Magistrate Judge recommends dismissal for Plaintiff's failure to serve Defendants and failure to comply with Court Orders.

Plaintiff was ordered to serve Defendants on or before June 4, 2026, and, when Plaintiff failed to do so, Plaintiff was ordered to show cause why the case should not be dismissed on or before July 21, 2026. Plaintiff has not responded to either of these Orders, nor has she requested any extension or other relief, nor has she filed any objections to the report and recommendation. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m) and for Plaintiff's failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**